K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (*pro hac vice* application to be filed)
Srecko Vidmar (Cal. Bar No. 241120)
Jie Li (Cal. Bar No. 260474)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs ORACLE CORPORATION, and
ORACLE AMERICA, INC.

FILED
2011 JUL 19 P 2:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | CASE NO.: CV 11 3549<br><br>**COMPLAINT FOR:**<br><br>1) **Breach of Contract; and**<br>2) **Breach of Covenant of Good Faith and Fair Dealing.**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Oracle Corporation and Oracle America, Inc. (collectively "Oracle") for their Complaint against defendants ORG Structure Innovations LLC ("ORG Structure") and Paul

1
COMPLAINT
*Oracle Corporation et al. v. ORG Structure Innovations LLC et al.*

\\\DE - 080653/000084 - 495720 v13

Morinville ("Morinville") (collectively "Defendants") allege, on knowledge with respect to their own acts and on information and belief with respect to all other matters, as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract and breach of the covenant of good faith and fair dealing pursuant to the common law and statutes of the State of California.

## THE PARTIES

2. Plaintiff Oracle Corporation is a Delaware corporation with its principal place of business in Redwood Shores, California.

3. Plaintiff Oracle America, Inc. is a Delaware corporation with its principal place of business in Redwood Shores, California.

4. Defendant ORG Structure Innovations LLC is a Texas limited liability company with its principal place of business in Woodway, Texas.

5. Upon information and belief, Defendant Paul Morinville is a resident of La Porte, Indiana. Defendant Morinville is the named inventor of U.S. Patent No. 7,185,010 and related patents U.S. Patent Nos. 7,685,156 and 7,822,822 (collectively, the "Morinville Patents").

## JURISDICTION AND VENUE

6. This Court has jurisdiction over the subject matter of Oracle's claims for breach of contract and breach of the covenant of good faith and fair dealing under 28 U.S.C. § 1332 because the action involves citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. This Court has personal jurisdiction over Defendants because Defendants and/or their predecessors in interest entered into a license agreement in which they irrevocably consented to the jurisdiction of this Court. Additionally, Defendants' acts giving rise to all or part of this complaint took place in this District.

8. Venue is proper in this Court under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims asserted in this complaint arose in this District, and because

Defendants are subject to personal jurisdiction in this District. Furthermore, Defendants have contractually agreed that venue in this District is proper.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS

9. Oracle develops, manufactures, markets, distributes, and services enterprise software, including database and middleware software.

10. In addition to developing its own software, Oracle has, over the years, acquired other enterprise software companies. One such acquisition took place in September 2007, when Oracle acquired Bridgestream, Inc.

11. At the time of the acquisition, Bridgestream was a provider of enterprise role management software.

12. Shortly before the Oracle acquisition, Bridgestream entered into a license agreement with Defendant Morinville and Internet Business InfoStructure Group, Inc. (collectively, the "Morinville Parties"), dated August 9, 2007 (the "Agreement").

13. Upon information and belief, at the time of the Agreement, the Morinville Parties were aware that Bridgestream might be acquired, and the Agreement was structured to ensure that its protections would extend to the acquiring company. For that reason, the Agreement contained license grants and covenants not to sue protecting not only Bridgestream but also any company that acquired Bridgestream. Among other things, the Agreement provides certain protections to Affiliates, which, as defined under the Agreement, include Oracle.

14. In the Agreement, the Morinville Parties granted Bridgestream and its Affiliates a worldwide, perpetual, non-exclusive and royalty-free license to the Morinville Patents with respect to the products and services in the Licensed Field, as defined in the Agreement.

15. In addition, the Agreement contained a warranty and irrevocable covenant by the Morinville Parties that current or future products or services of Bridgestream and its Affiliates in the Licensed Field would be immune from suit under the Morinville Patents.

16. In consideration for these and other promises, Bridgestream agreed to pay a license fee to the Morinville Parties in an amount exceeding $75,000. Bridgestream and/or Oracle subsequently paid all license fees required by the Agreement.

17. Defendant Morinville assigned the Morinville Patents on or about March 17, 2011, to ORG Structure for consideration of one dollar. Under the Agreement, ORG Structure was required to agree in writing to be bound by the Agreement.

18. ORG Structure had been formed only two days before the assignment, on March 15, 2011, as a Texas limited liability company. Upon information and belief, Defendant Morinville participated in or otherwise encouraged the incorporation of ORG Structure.

19. Upon information and belief, Morinville caused the creation of OrgStructure, LLC, an Indiana limited liability company, on April 20, 2011. Morinville is the registered agent for OrgStructure, LLC.

20. On May 17, 2011, ORG Structure filed a civil action, No. 1:11-cv-3307, against Oracle in the U.S. District Court for the Northern District of Illinois (the "Illinois Action").

21. The assignment of the Morinville Patents to ORG Structure was not recorded with the U.S. Patent and Trademark Office until May 19, 2011—two days after the Illinois Action was filed.

22. In the Illinois Action, ORG Structure alleges that Oracle is willfully infringing the Morinville Patents by making, using, importing, selling, and/or offering for sale in the United States multiple Oracle products. Upon information and belief, all of the products accused in the Illinois Action are within the Licensed Field.

23. Upon information and belief, Morinville maintains an economic interest in ORG Structure whether as a consultant, investor, owner or a potential recipient of license fees or other revenue associated with ORG Structure's assertion of the Morinville Patents. Upon information and belief, Morinville personally controls and directs the activities of Defendant ORG Structure or otherwise acts jointly on behalf of or for the benefit of himself and ORG Structure.

24. Upon information and belief, Defendant Morinville participated in or otherwise encouraged the incorporation of ORG Structure for the purpose of asserting the Morinville Patents

against Oracle and avoiding his personal obligations under the Agreement, including, but not limited to, the covenant not to sue. As such, Morinville acts as an alter ego of ORG Structure in connection with the filing of the Illinois Action, and treating Morinville and ORG Structure as separate entities would be inequitable and unjust to Oracle because, *inter alia*, Oracle would be left without a remedy for Morinville's actions in breach of the Agreement.

25. By filing the Illinois Action against Oracle, Defendants are depriving Oracle of all or a substantial part of the Agreement's value.

### FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

26. Oracle incorporates by reference the allegations in paragraphs 1-25 above.

27. The Agreement, dated August 9, 2007, is in force among Morinville, ORG Structure and Oracle, either as signatories or successors to signatories of the Agreement.

28. Oracle and its predecessor have performed all conditions, covenants, and promises to be performed by it and its predecessor under the Agreement.

29. By initiating the Illinois Action in violation of the covenant not to sue and license grant in the Agreement, Defendant ORG Structure, as a successor in interest, and Defendant Morinville, in his individual capacity and/or as an alter ego of ORG Structure, have breached the provisions of the Agreement.

30. As a direct and proximate result of Defendants' breach of the Agreement, Oracle has been damaged in an amount to be determined at trial. Oracle will be further damaged by Defendants' breach of the Agreement so long as Defendants continue to assert claims for infringement of the Morinville Patents against Oracle.

31. Defendants are jointly and severally liable to Oracle for their breach of the Agreement.

### SECOND CLAIM FOR RELIEF: BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

32. Oracle incorporates by reference the allegations in paragraphs 1-25 above.

33. The Agreement, dated August 9, 2007, is in force among Morinville, ORG Structure and Oracle, either as signatories or successors to signatories of the Agreement.

34. Oracle is a successor in interest to the rights and benefits flowing to Bridgestream under the Agreement.

35. Defendant Morinville and his successors had an implied duty under the Agreement to deal with Bridgestream and its successors fairly and in good faith.

36. Oracle and its predecessor have performed all conditions, covenants, and promises to be performed by it and its predecessor under the Agreement.

37. By participating in or otherwise encouraging the incorporation of ORG Structure for the purpose of asserting the Morinville Patents against Oracle and avoiding his personal obligations under the Agreement, Defendant Morinville acted in bad faith to unfairly deprive Oracle of the rights and benefits of the Agreement. By initiating and/or participating in the Illinois Action, Defendant ORG Structure, as a successor in interest, and Defendant Morinville, in his individual capacity and/or as an alter ego of ORG Structure, have further interfered with Oracle's right to receive the benefits of the Agreement. In so doing, Defendants have breached the covenant of good faith and fair dealing.

38. As a direct and proximate result of Defendants' breach of the covenant of good faith and fair dealing, Oracle has been damaged in an amount to be determined at trial. Oracle will be further damaged by Defendants' breach of the covenant of good faith and fair dealing so long as Defendants continue to assert claims for infringement of the Morinville Patents against Oracle.

39. Defendants are jointly and severally liable to Oracle for their breach of the covenant of good faith and fair dealing implicit in the Agreement.

## DEMAND FOR JURY TRIAL

Oracle hereby requests a trial by jury for all issues so triable.

## DEMAND FOR JUDGMENT

WHEREFORE, Oracle respectfully requests that this Court:

A. Enter judgment in Oracle's favor on the claims asserted in this Complaint;

B. Find that Defendants' conduct constitutes a breach of the Agreement and breach of the covenant of good faith and fair dealing;

C. Find Defendants jointly and severally liable for breach of the Agreement and breach of the covenant of good faith and fair dealing;

D. Award Oracle damages in excess of the sum of $75,000, according to proof shown at trial;

E. Order Defendants to dismiss the Illinois Action with prejudice;

F. Award Oracle costs, reasonable attorneys' fees, and interest permitted by law; and

G. Award Oracle any further legal or equitable relief as the Court deems just and proper under the circumstances.

Respectfully submitted on July 19, 2011.

_____
K.T. Cherian
Clayton C. James
Srecko Vidmar
Jie Li
HOGAN LOVELLS LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile:  (415) 374-2499
Email:  sunny.cherian@hoganlovells.com
Email:  clay.james@hoganlovells.com
Email:  lucky.vidmar@hoganlovells.com
Email:  jie.li@hoganlovells.com

*Attorneys for Plaintiffs Oracle Corporation and Oracle America, Inc.*