1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 10  ORACLE CORPORATION, et al., | Case No:  C 11-3549  SBA |
| 11             Plaintiffs, | **ORDER** |
| 12        vs. | Docket 7 |
| 13  ORG STRUCTURE INNOVATIONS LLC, et al., | |
| 14 | |
| 15             Defendants. | |

16
17        In light of their failure to comply with this Court's Civil Local Rules pertaining to

18  filing documents under seal, Civ. L.R. 79-5(b), 79-5(c), Plaintiffs' administrative motion to

19  file documents under seal, Dkt. 7, is DENIED without prejudice to their right to renew their

20  request upon compliance with the relevant rules.

        IT IS SO ORDERED.
21
22
23  Dated: August 11, 2011                    _____
                                              SAUNDRA BROWN ARMSTRONG
24                                            United States District Judge
25
26
27
28