1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            OAKLAND DIVISION
9

10  ORACLE CORPORATION, et al.,           Case No: C 11-3549 SBA
11              Plaintiffs,                **AMENDED ORDER REGARDING MOTION TO SEAL**
12       vs.
                                           Docket 7
13  ORG STRUCTURE INNOVATIONS LLC, et al.,
14
15              Defendants.

16
       In light of further information submitted to the Court showing that Defendants have
17
    complied with Civil Local Rule 79-5(b) with regard to their motion to file documents under
18
    seal, Dkt. 7, Defendants' motion is GRANTED and the Clerk is directed to file under seal
19
    in accordance with the Court's Civil Local Rules, the following documents: (1) Plaintiffs'
20
    complaint; (2) Defendants' motion to seal, Dkt. 7; (3) Steven R. Daniels' declaration
21
    regarding the motion to seal, Dkt. 7-1; and (4) Exhibit A to Seven R. Daniels' declaration,
22
    Dkt. 7-2. This Order terminates Docket 7.
23
       IT IS SO ORDERED.
24
25
    Dated: August 12, 2011                    _____
26                                             SAUNDRA BROWN ARMSTRONG
27                                             United States District Judge
28