K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (*pro hac vice* application pending)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | **CASE NO. 11-CV-3549 SBA**<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in
2 this action on the grounds that it contains confidential information (Dkt. No. 7);
3  WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint
4 and directing that the Complaint be filed under seal (Dkt. No. 10);
5  WHEREAS the Court granted Plaintiffs' Motion for Leave to file a Motion for
6 Reconsideration of Docket No. 10 and ordered Plaintiffs to file their Motion for Reconsideration by
7 August 29, 2011;
8  WHEREAS Plaintiffs' Motion for Reconsideration of Docket No. 10 and the Declaration of
9 Clayton C. James in Support of Plaintiffs' Motion for Reconsideration of Docket No. 10 ("James
10 Declaration") refer to the Complaint and to the parties' prior briefing, also filed under seal, and
11 correspondence about whether the Complaint should be filed under seal and is moving this Court for
12 reconsideration of the Order sealing the Complaint;
13  WHEREAS Oracle does not believe that its Complaint or its Motion for Reconsideration or
14 the supporting James Declaration contains any information appropriate for filing under seal; and
15  WHEREAS in light of the Court's Order sealing Oracle's Complaint and out of an
16 abundance of caution, Oracle seeks to file its Motion for Reconsideration and the supporting James
17 Declaration under seal;
18  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's
19 permission, Plaintiffs may file under seal in accordance with Civil Local Rule 79-5 their Motion for
20 Reconsideration of Docket No. 10 and the Declaration of Clayton C. James in Support of Plaintiffs'
21 Motion for Reconsideration of Docket No. 10.

1  IT IS SO STIPULATED AND AGREED.

2  Dated:  August , 2011                                HOGAN LOVELLS US LLP

3                                                                             By: /s/ Maren J. Clouse
                                                                                         Maren J. Clouse

4

5                                                                             Attorneys for Plaintiffs
                                                                              ORACLE CORPORATION
6                                                                             and ORACLE AMERICA, INC.

7  Dated:  August , 2011                                FARNEY DANIELS LLP

8                                                                             By: /s/ Steven R. Daniels
                                                                                         Steven R. Daniels
9

10                                                                            800 South Austin Avenue, Suite 200
                                                                              Georgetown, Texas 78626
11
                                                                              Attorneys for Defendants
12                                                                            ORG STRUCTURE INNOVATIONS LLC
                                                                              and PAUL MORINVILLE
13

14                                                    **ORDER**

15       Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs may file under seal in

16  accordance with Civil Local Rule 79-5 their Motion for Reconsideration of Docket No. 10 and the

17  Declaration of Clayton C. James in Support of Plaintiffs' Motion for Reconsideration of Docket No.

18  10.

19  IT IS SO ORDERED.

20
    DATED: _8/30/11
21                                                                            _____
22                                                    THE HONORABLE SAUNDRA BROWN ARMSTRONG
                                                                              United States District Judge
23

24

25

26  I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed
    Order Granting Plaintiffs' Administrative Motion to File Under Seal and consents to its filing in this
27  action.

28
                                                          3
    STIPULATION AND ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                    *Oracle Corporation et al. v. ORG Structure Innovations LLC et al.*
                                         *Civil Action No. 11-CV-3549 SBA*