UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation, | CASE NO:   4:11-cv-03549 SBA |
| Plaintiffs, | ORDER EXTENDING BRIEFING DEADLINES REGARDING DEFENDANTS' MOTIONS TO DISMISS AND/OR TRANSFER VENUE |
| v. | |
| ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana, | |
| Defendants. | |

Based on the foregoing, IT IS HEREBY ORDERED Oracle shall respond to Defendants' Motions to Dismiss and/or Transfer Venue by September 13, 2011, and Defendants shall reply by September 27, 2011.

IT IS SO ORDERED.

Dated:  August 31, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge