K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (*pro hac vice* application pending)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>        v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>              Defendants. | Case No. 11-cv-03549-SBA<br><br>**STIPULATION AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT AND REPORT PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>Hon. Saundra Brown Armstrong |

1       WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in
2 this action on the grounds that it contains confidential information (Dkt. No. 7);

3       WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint
4 and directing that the Complaint be filed under seal (Dkt. No. 10);

5       WHEREAS Plaintiffs do not believe that the Complaint contains any information
6 appropriate for filing under seal and have moved the Court for reconsideration of its Order sealing
7 the Complaint (Dkt. No. 39);

8       WHEREAS Defendants believe that the Complaint does contain confidential information
9 that should be sealed, and that quotations or discussions of that confidential information in other
10 pleadings also should be sealed;

11       WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant
12 to Federal Rule of Civil Procedure 26(f) refer to the Complaint;

13       WHEREAS in light of the Court's Order sealing the Complaint, the parties seek to file under
14 seal those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule
15 of Civil Procedure 26(f) that refer to the Complaint;

16       WHEREAS this action concerns a patent license agreement ("Agreement") that contains
17 confidential business information and is subject to a confidentiality agreement;

18       WHEREAS that Agreement has been filed under seal in this action (Dkt. No. 43 Ex. 2);

19       WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant
20 to Federal Rule of Civil Procedure 26(f) refer to confidential information in the Agreement; and

21       WHEREAS the parties seek to file under seal those portions of the Joint Case Management
22 Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to confidential
23 information the Agreement;

24       ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's
25 permission, the parties may file under seal in accordance with Civil Local Rule 79-5 those portions
26 of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure
27 26(f) that refer to the Complaint or confidential information in the Agreement.

28

1  IT IS SO STIPULATED AND AGREED.

2

3  Dated: October 19, 2011                  HOGAN LOVELLS US LLP

4                                           By: */s/ Maren J. Clouse*
                                                 Maren J. Clouse
5
                                            Attorneys for Plaintiffs
6                                           ORACLE CORPORATION
                                            and ORACLE AMERICA, INC.
7

8
   Dated: October 19, 2011                  FARNEY DANIELS LLP
9
                                            By: */s/ Steven R. Daniels*
10                                               Steven R. Daniels

11                                          800 South Austin Avenue, Suite 200
                                            Georgetown, Texas 78626
12
                                            Attorneys for Defendants
13                                          ORG STRUCTURE INNOVATIONS LLC
                                            and PAUL MORINVILLE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-03549-SBA

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that the parties may file under seal in accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or confidential information in the Agreement.

IT IS SO ORDERED.

DATED: 10/28/11

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Granting Joint Administrative Motion to File Under Seal and consents to its filing in this action.