K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (*pro hac vice* application pending)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>　　　　　Defendants. | Case No. 11-cv-03549-SBA<br><br>**REVISED STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Hon. Saundra Brown Armstrong |

1     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

    The parties agree to private mediation. The parties have agreed to a process for selecting a mediator and plan to agree upon one of two mediators proposed by the parties.

    The parties agree to hold the mediation by April 30, 2012 and have verified that the possible mediators are available to complete the mediation by that date. If the mediation will take place after that date, the parties will so notify the Court promptly after the mediation is scheduled.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: December 8, 2011 | HOGAN LOVELLS US LLP |
| | By: */s/ Maren J. Clouse* |
| |        Maren J. Clouse |
| | Attorneys for Plaintiffs<br>ORACLE CORPORATION<br>and ORACLE AMERICA, INC. |
| Dated: December 8, 2011 | FARNEY DANIELS LLP |
| | By: */s/ Steven R. Daniels* |
| |        Steven R. Daniels |
| | 800 South Austin Avenue, Suite 200<br>Georgetown, Texas 78626 |
| | Attorneys for Defendants<br>ORG STRUCTURE INNOVATIONS LLC<br>and PAUL MORINVILLE |

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

1 **ORDER**

2 Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private
3 mediation. The parties agree to hold the mediation by April 30, 2012. If the mediation will take
4 place after that date, the parties will so notify the Court promptly after the mediation is scheduled.

6 IT IS SO ORDERED.
7 DATED: _12/14/11

*Saundra B. Armstrong*

9 THE HONORABLE SAUNDRA BROWN ARMSTRONG
10 United States District Judge