K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (*pro hac vice* application pending)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | Case No. 11-cv-03549-SBA<br><br>**REVISED STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Hon. Saundra Brown Armstrong |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:
3  The parties agree to private mediation.  The parties have agreed to a process for selecting a
4  mediator and plan to agree upon one of two mediators proposed by the parties.
5  The parties agree to hold the mediation by April 30, 2012 and have verified that the possible
6  mediators are available to complete the mediation by that date.  If the mediation will take place after
7  that date, the parties will so notify the Court promptly after the mediation is scheduled.

9  IT IS SO STIPULATED AND AGREED.
10 Dated:  December 8, 2011           HOGAN LOVELLS US LLP

   By: */s/ Maren J. Clouse*
           Maren J. Clouse

   Attorneys for Plaintiffs
   ORACLE CORPORATION
   and ORACLE AMERICA, INC.

15 Dated:  December 8, 2011           FARNEY DANIELS LLP

   By: */s/ Steven R. Daniels*
           Steven R. Daniels

   800 South Austin Avenue, Suite 200
   Georgetown, Texas 78626

   Attorneys for Defendants
   ORG STRUCTURE INNOVATIONS LLC
   and PAUL MORINVILLE

22 I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and
   Proposed Order Selecting ADR Process and consents to its filing in this action.

# **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private mediation. The parties agree to hold the mediation by April 30, 2012. If the mediation will take place after that date, the parties will so notify the Court promptly after the mediation is scheduled.

IT IS SO ORDERED.

DATED: _12/14/11

_____

THE HONORABLE SAUNDRA BROWN ARMSTRONG

United States District Judge