| | |
|---|---|
| 1 | K.T. Cherian (Cal. Bar No. 133967) |
| | Clayton C. James (admitted *pro hac vice*) |
| 2 | Srecko Vidmar (Cal. Bar No. 241120) |
| | Maren J. Clouse (Cal. Bar No. 228726) |
| 3 | HOGAN LOVELLS US LLP |
| | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 374-2300 |
| 5 | Facsimile: (415) 374-2499 |

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation, | Case No. 11-cv-03549-SBA |
| Plaintiffs, | **REVISED STIPULATION AND ORDER SELECTING ADR PROCESS** |
| v. | |
| ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana, | Hon. Saundra Brown Armstrong |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

The parties have previously agreed to private mediation and previously informed the Court that they planned to hold the mediation by April 30, 2012.  The parties and their chosen mediator, the Honorable Edward A. Infante, United States Magistrate Judge (Ret.), of JAMS, were unable to find an available date within that time range.  Therefore, they have scheduled mediation for June 6, 2012.  The parties have attached a proposed Order setting forth their agreed upon mediation provider and date.

IT IS SO STIPULATED AND AGREED.

Dated:  March 23, 2012					HOGAN LOVELLS US LLP

							By:  */s/ Maren J. Clouse*
								Maren J. Clouse

							Attorneys for Plaintiffs
							ORACLE CORPORATION
							and ORACLE AMERICA, INC.

Dated:  March 23, 2012					FARNEY DANIELS LLP

							By:  */s/ Steven R. Daniels*
								Steven R. Daniels

							800 South Austin Avenue, Suite 200
							Georgetown, Texas 78626

							Attorneys for Defendants
							ORG STRUCTURE INNOVATIONS LLC
							and PAUL MORINVILLE

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private mediation. The parties agree to hold the mediation on June 6, 2012 with the Honorable Edward A. Infante, United States Magistrate Judge (Ret.), of JAMS.

IT IS SO ORDERED.

DATED: _3/27/12

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge