K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (admitted *pro hac vice*)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>　　　　　Defendants. | Case No. 11-cv-03549-SBA<br><br>**REVISED STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Hon. Saundra Brown Armstrong |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:
3  The parties have previously agreed to private mediation and previously informed the Court
4  that they planned to hold the mediation by April 30, 2012.  The parties and their chosen mediator,
5  the Honorable Edward A. Infante, United States Magistrate Judge (Ret.), of JAMS, were unable to
6  find an available date within that time range.  Therefore, they have scheduled mediation for June 6,
7  2012.  The parties have attached a proposed Order setting forth their agreed upon mediation
8  provider and date.

10 IT IS SO STIPULATED AND AGREED.
11 Dated: March 23, 2012                    HOGAN LOVELLS US LLP

By: */s/ Maren J. Clouse*
Maren J. Clouse

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

16 Dated: March 23, 2012                    FARNEY DANIELS LLP

By: */s/ Steven R. Daniels*
Steven R. Daniels

800 South Austin Avenue, Suite 200
Georgetown, Texas 78626

Attorneys for Defendants
ORG STRUCTURE INNOVATIONS LLC
and PAUL MORINVILLE

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation
and Proposed Order Selecting ADR Process and consents to its filing in this action.

1 **ORDER**

2 Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private
3 mediation. The parties agree to hold the mediation on June 6, 2012 with the Honorable Edward A.
4 Infante, United States Magistrate Judge (Ret.), of JAMS.

5

6 IT IS SO ORDERED.

DATED: _3/27/12

*Saundra B. Armstrong*

8 _____
9 THE HONORABLE SAUNDRA BROWN ARMSTRONG
10 United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2