W. Bryan Farney (Tex. Bar No. 6826600) *Pro Hac Vice*
Wayne M. Harding (Tex. Bar No. 08978500)
Steven R. Daniels (Cal. Bar No. 235398)
Jennifer Towle (Cal. Bar No. 225095)
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-Mails: BFarney@farneydaniels.com
WHarding@farneydaniels.com
SDaniels@farneydaniels.com
JTowle@farneydaniels.com

ATTORNEYS FOR
**ORG STRUCTURE INNOVATIONS LLC and PAUL MORINVILLE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,

Plaintiffs,

v.

ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,

Defendants.

Case No. 11-cv-03549-SBA

**STIPULATION AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT AND REPORT PURSUANT TO FED. R. CIV. P. 26(f)**

Hon. Saundra Brown Armstrong

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00297-SBA |

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00348-SBA |

WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in this action on the grounds that it contains confidential information (Dkt. No. 7);

WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint and directing that the Complaint be filed under seal (Dkt. No. 10);

WHEREAS the Oracle parties do not believe that the Complaint contains any information appropriate for filing under seal and have moved the Court for reconsideration of its Order sealing the Complaint (Dkt. No. 39);

WHEREAS Morinville and ORG Structure Innovations, LLC believe that the Complaint does contain confidential information that should be sealed, and that quotations or discussions of that confidential information in other pleadings also should be sealed;

WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) refer to the Complaint;

WHEREAS in light of the Court's Order sealing the Complaint, Morinville and ORG Structure seek to file under seal those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint;

WHEREAS this action concerns a patent license agreement ("Agreement") that Morinville and ORG Structure contend contains confidential business information and that is subject to a confidentiality agreement;

WHEREAS that Agreement has been filed under seal in this action (Dkt. No. 43 Ex. 2);

WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) refer to information in the Agreement that Morinville and ORG Structure contend is confidential;

WHEREAS Oracle does not believe that its Complaint or the Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) contain any information appropriate for filing under seal and has moved this Court for reconsideration of the Order sealing the Complaint, (Dkt. No. 39.), but in light of the Court's Order sealing Oracle's Complaint and out of an abundance of caution, Oracle stipulates to Morinville and ORG Structure's request that portions of the Joint Case Management Statement that cite or refer to the Complaint's allegations be

filed under seal.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's permission, the parties may file under seal in accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or that Morinville and ORG Structure contend refer to confidential information in the Agreement.

IT IS SO STIPULATED AND AGREED.

Dated: April 16, 2012

FARNEY DANIELS LLP

By: */s/ Steven R. Daniels*
Steven R. Daniels

800 South Austin Avenue, Suite 200
Georgetown, Texas 78626

Attorneys for
ORG STRUCTURE INNOVATIONS LLC
and PAUL MORINVILLE

Dated: April 16, 2012

HOGAN LOVELLS US LLP

By: */s/ Maren J. Clouse*
Maren J. Clouse

Attorneys for
ORACLE CORPORATION
and ORACLE AMERICA, INC.

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that the parties may file under seal in accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or confidential information in the Agreement.

IT IS SO ORDERED.

DATED: _4/18/12

THE HONORABLE SAUNDRA BROWN ARMSTRONG

United States District Judge

I, Steven R. Daniels, attest that Maren J. Clouse has read and approved this Stipulation and Proposed Order Granting Joint Administrative Motion to File Under Seal and consents to its filing in this action.