1   W. Bryan Farney (Tex. Bar No. 6826600) *Pro Hac Vice*
    Wayne M. Harding (Tex. Bar No. 08978500)
2   Steven R. Daniels (Cal. Bar No. 235398)
    Jennifer Towle (Cal. Bar No. 225095)
3   FARNEY DANIELS LLP
    800 S. Austin Ave., Suite 200
4   Georgetown, Texas  78626
    Telephone:  (512) 582-2828
5   Facsimile:  (512) 582-2829
    E-Mails:  BFarney@farneydaniels.com
6             WHarding@farneydaniels.com
              SDaniels@farneydaniels.com
7             JTowle@farneydaniels.com

8
    ATTORNEYS FOR
9   **ORG STRUCTURE INNOVATIONS LLC and**
    **PAUL MORINVILLE**
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13

14  ORACLE CORPORATION, a Delaware         Case No. 11-cv-03549-SBA
    corporation, and ORACLE AMERICA, INC., a
15  Delaware corporation,                  **STIPULATION AND  ORDER**
                                           **GRANTING JOINT**
                                           **ADMINISTRATIVE MOTION TO**
16                 Plaintiffs,             **FILE UNDER SEAL PORTIONS OF**
                                           **JOINT CASE MANAGEMENT**
17         v.                              **STATEMENT AND REPORT**
                                           **PURSUANT TO FED. R. CIV. P. 26(f)**
18  ORG STRUCTURE INNOVATIONS LLC, a
    Texas limited liability company, and PAUL
19  MORINVILLE, an individual resident of   Hon. Saundra Brown Armstrong
    Indiana,
20
                   Defendants.
21

22

23

24

25

26

27

28

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00297-SBA |

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE   CORPORATION   and   ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00348-SBA |

STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-03549-SBA

WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in this action on the grounds that it contains confidential information (Dkt. No. 7);

WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint and directing that the Complaint be filed under seal (Dkt. No. 10);

WHEREAS the Oracle parties do not believe that the Complaint contains any information appropriate for filing under seal and have moved the Court for reconsideration of its Order sealing the Complaint (Dkt. No. 39);

WHEREAS Morinville and ORG Structure Innovations, LLC believe that the Complaint does contain confidential information that should be sealed, and that quotations or discussions of that confidential information in other pleadings also should be sealed;

WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) refer to the Complaint;

WHEREAS in light of the Court's Order sealing the Complaint, Morinville and ORG Structure seek to file under seal those portions of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint;

WHEREAS this action concerns a patent license agreement ("Agreement") that Morinville and ORG Structure contend contains confidential business information and that  is subject to a confidentiality agreement;

WHEREAS that Agreement has been filed under seal in this action (Dkt. No. 43 Ex. 2);

WHEREAS portions of the parties' Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f) refer to  information in the Agreement that Morinville and ORG Structure contend is confidential;

WHEREAS Oracle does not believe that  its Complaint or the Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure 26(f)  contain any information appropriate for filing under seal and has moved this Court for reconsideration of the Order sealing the Complaint, (Dkt. No. 39.), but  in light of the Court's Order sealing Oracle's Complaint and out of an abundance of caution, Oracle stipulates to Morinville and ORG Structure's request that portions of the Joint Case Management Statement that cite or refer to the Complaint's allegations be

1

1   filed under seal.

2

3       ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's

4   permission, the parties may file under seal in accordance with Civil Local Rule 79-5 those portions

5   of their Joint Case Management Statement and Report Pursuant to Federal Rule of Civil Procedure

6   26(f) that refer to the Complaint or that Morinville and ORG Structure contend refer to confidential

7   information in the Agreement.

8

9   IT IS SO STIPULATED AND AGREED.

10

11  Dated:  April 16, 2012                        FARNEY DANIELS LLP

12                                                By:  /s/ Steven R. Daniels
                                                       Steven R. Daniels

13                                                800 South Austin Avenue, Suite 200
                                                  Georgetown, Texas 78626
14

15                                                Attorneys for
                                                  ORG STRUCTURE INNOVATIONS LLC
16                                                and PAUL MORINVILLE

17
    Dated:  April 16, 2012
18                                                HOGAN LOVELLS US LLP

19                                                By:  /s/ Maren J. Clouse
                                                       Maren J. Clouse
20

21                                                Attorneys for
                                                  ORACLE CORPORATION
22                                                and ORACLE AMERICA, INC.

23

24

25

26

27

28

                                              2

1

**<u>ORDER</u>**

2      Based on the foregoing, IT IS HEREBY ORDERED that the parties may file under seal in

3  accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Statement

4  and Report Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or

5  confidential information in the Agreement.

6

7  IT IS SO ORDERED.

8

9  DATED: _4/18/12

10                              *Saundra B Armstrong*

11                    THE HONORABLE SAUNDRA BROWN ARMSTRONG

12                        United States District Judge

13

14  I, Steven R. Daniels, attest that Maren J. Clouse has read and approved this Stipulation and
Proposed Order Granting Joint Administrative Motion to File Under Seal and consents to its filing

15  in this action.

16

17

18

19

20

21

22

23

24

25

26

27

28

3
