K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (admitted *pro hac vice*)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | Case No. 11-cv-03549-SBA<br><br>**SECOND REVISED STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Hon. Saundra Brown Armstrong |

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>        Defendants. | Case No. 12-cv-00297-SBA |
| ORG STRUCTURE INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>       Defendants. | Case No. 12-cv-00348-SBA |

SECOND REVISED STIP. AND ORDER SELECTING ADR PROCESS
CASE NO. 11-cv-03549-SBA

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:
3  The parties have previously agreed to private mediation and previously informed the Court
4  that they planned to hold the mediation with mediator Edward A. Infante, United States Magistrate
5  Judge (Ret.), of JAMS on June 6, 2012. The Court signed the parties' stipulated order to that effect
6  on March 27, 2012 (Dkt. No. 100). Oracle has become aware of a conflict with respect to use of
7  Judge Infante. The parties have agreed to reschedule the mediation with mediator Randall W.
8  Wulff, Esq. of Wulff Quinby Sochynsky, who can mediate the case in late August. The parties
9  attach a proposed Order setting forth their agreed upon mediation provider and the date by which
10 mediation shall be completed.

12 IT IS SO STIPULATED AND AGREED.
13 Dated: May 10, 2012                    HOGAN LOVELLS US LLP

                                         By: */s/ Maren J. Clouse*
                                              Maren J. Clouse

                                         Attorneys for
                                         ORACLE CORPORATION
                                         and ORACLE AMERICA, INC.

19 Dated: May 10, 2012                    FARNEY DANIELS LLP

                                         By: */s/ Steven R. Daniels*
                                              Steven R. Daniels

                                         800 South Austin Avenue, Suite 200
                                         Georgetown, Texas 78626

                                         Attorneys for
                                         ORG STRUCTURE INNOVATIONS LLC
                                         and PAUL MORINVILLE

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

1
SECOND REVISED STIP. AND ORDER SELECTING ADR PROCESS
CASE NO. 11-cv-03549-SBA

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private mediation. The parties agree to hold the mediation by no later than August 31, 2012 with Randall W. Wulff, Esq. of Wulff Quinby Sochynsky.

IT IS SO ORDERED.

DATED: _5/11/12

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge