1   K.T. Cherian (Cal. Bar No. 133967)
    Clayton C. James (admitted *pro hac vice*)
2   Srecko Vidmar (Cal. Bar No. 241120)
    Maren J. Clouse (Cal. Bar No. 228726)
3   HOGAN LOVELLS US LLP
    Four Embarcadero Center, 22nd Floor
4   San Francisco, California  94111
    Telephone:  (415) 374-2300
5   Facsimile:  (415) 374-2499

6   Peter J. O'Rourke (Cal. Bar No. 227164)
    ORACLE CORPORATION
7   500 Oracle Parkway, MS 5OP7
    Redwood Shores, California  94065
8   Telephone:  (650) 506-5200
    Facsimile:  (650) 506-7114
9
    Attorneys for
10  ORACLE CORPORATION
    and ORACLE AMERICA, INC.
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15  ORACLE CORPORATION, a Delaware          Case No. 11-cv-03549-SBA
    corporation, and ORACLE AMERICA, INC., a
16  Delaware corporation,                   **SECOND REVISED STIPULATION**
                                            **AND ORDER SELECTING ADR**
17                 Plaintiffs,              **PROCESS**

18        v.

19  ORG STRUCTURE INNOVATIONS LLC, a        Hon. Saundra Brown Armstrong
    Texas limited liability company, and PAUL
20  MORINVILLE, an individual resident of
    Indiana,
21
                   Defendants.
22

23

24

25

26

27

28

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC, | Case No. 12-cv-00297-SBA |
| Plaintiffs, | |
| v. | |
| ORACLE CORPORATION and ORACLE AMERICA, INC., | |
| Defendants. | |

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS LLC, | Case No. 12-cv-00348-SBA |
| Plaintiff, | |
| v. | |
| ORACLE CORPORATION and ORACLE AMERICA, INC., | |
| Defendants. | |

SECOND REVISED STIP. AND ORDER SELECTING ADR PROCESS
CASE NO. 11-cv-03549-SBA

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

The parties have previously agreed to private mediation and previously informed the Court that they planned to hold the mediation with mediator Edward A. Infante, United States Magistrate Judge (Ret.), of JAMS on June 6, 2012.  The Court signed the parties' stipulated order to that effect on March 27, 2012 (Dkt. No. 100).  Oracle has become aware of a conflict with respect to use of Judge Infante.  The parties have agreed to reschedule the mediation with mediator Randall W. Wulff, Esq. of Wulff Quinby Sochynsky, who can mediate the case in late August.  The parties attach a proposed Order setting forth their agreed upon mediation provider and the date by which mediation shall be completed.

IT IS SO STIPULATED AND AGREED.

Dated:  May 10, 2012                    HOGAN LOVELLS US LLP

                                        By: _/s/ Maren J. Clouse_____
                                            Maren J. Clouse

                                        Attorneys for
                                        ORACLE CORPORATION
                                        and ORACLE AMERICA, INC.


Dated:  May 10, 2012                    FARNEY DANIELS LLP

                                        By: _/s/ Steven R. Daniels_____
                                            Steven R. Daniels

                                        800 South Austin Avenue, Suite 200
                                        Georgetown, Texas 78626

                                        Attorneys for
                                        ORG STRUCTURE INNOVATIONS LLC
                                        and PAUL MORINVILLE

I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

1

1

## <u>ORDER</u>

2          Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to private

3    mediation.  The parties agree to hold the mediation by no later than August 31, 2012 with Randall

4    W. Wulff, Esq. of Wulff Quinby Sochynsky.

5

6    IT IS SO ORDERED.

7    DATED: _5/11/12

8    _____

9                                THE HONORABLE SAUNDRA BROWN ARMSTRONG

10                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2