K.T. Cherian (Cal. Bar No. 133967)
Clayton C. James (admitted *pro hac vice*)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | Case No. 11-cv-03549-SBA<br><br>**STIPULATION AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>Date: July 24, 2012<br>Time: 1:00 p.m.<br>Courtroom: 1, 4th Floor<br><br>Hon. Saundra Brown Armstrong |

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00297-SBA |
| ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00348-SBA |

1    WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in
2    this action on the grounds that it contains confidential information (Dkt. No. 7);
3    WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint
4    and directing that the Complaint be filed under seal (Dkt. No. 10);
5    WHEREAS Plaintiffs do not believe that the Complaint contains any information
6    appropriate for filing under seal and have moved the Court for reconsideration of its Order sealing
7    the Complaint (Dkt. No. 39);
8    WHEREAS Defendants believe that the Complaint does contain confidential information
9    that should be sealed, and that quotations or discussions of that confidential information in other
10   pleadings also should be sealed;
11   WHEREAS portions of the parties' Joint Case Management Conference Statement Pursuant
12   to Federal Rule of Civil Procedure 26(f) refer to the Complaint;
13   WHEREAS in light of the Court's Order sealing the Complaint, the parties seek to file under
14   seal those portions of their Joint Case Management Conference Statement Pursuant to Federal Rule
15   of Civil Procedure 26(f) that refer to the Complaint;
16   WHEREAS this action concerns a patent license agreement ("Agreement") that contains
17   confidential business information and is subject to a confidentiality agreement;
18   WHEREAS that Agreement has been filed under seal in this action (Dkt. No. 43 Ex. 2);
19   WHEREAS portions of the parties' Joint Case Management Conference Statement Pursuant
20   to Federal Rule of Civil Procedure 26(f) refer to confidential information in the Agreement; and
21   WHEREAS the parties seek to file under seal those portions of the Joint Case Management
22   Conference Statement Pursuant to Federal Rule of Civil Procedure 26(f) that refer to confidential
23   information the Agreement;
24   ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's
25   permission, the parties may file under seal in accordance with Civil Local Rule 79-5 those portions
26   of their Joint Case Management Conference Statement Pursuant to Federal Rule of Civil Procedure
27   26(f) that refer to the Complaint or confidential information in the Agreement.
28

1

STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
CASE NOS. 11-cv-03549-SBA, 12-cv-00297-SBA; 12-cv-00348-SBA

IT IS SO STIPULATED AND AGREED.

Dated: June 21, 2012　　　　　　　　HOGAN LOVELLS US LLP

By: */s/ Maren J. Clouse*
　　　Maren J. Clouse

Attorneys for Plaintiffs
ORACLE CORPORATION
and ORACLE AMERICA, INC.

Dated: June 21, 2012　　　　　　　　FARNEY DANIELS LLP

By: */s/ Steven R. Daniels*
　　　Steven R. Daniels

800 South Austin Avenue, Suite 200
Georgetown, Texas 78626

Attorneys for Defendants
ORG STRUCTURE INNOVATIONS LLC
and PAUL MORINVILLE

　　I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and Proposed Order Granting Joint Administrative Motion to File Under Seal and consents to its filing in this action.

1
2 **ORDER**
3      Based on the foregoing, IT IS HEREBY ORDERED that the parties may file under seal in
4 accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Conference
5 Statement Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or
6 confidential information in the Agreement.
7
8 IT IS SO ORDERED.
9
10 DATED: _6/26/12
11                                                    _____
12                                                    THE HONORABLE SAUNDRA BROWN ARMSTRONG
13                                                    United States District Judge

3
STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
CASE NOS. 11-cv-03549-SBA, 12-cv-00297-SBA; 12-cv-00348-SBA