1  K.T. Cherian (Cal. Bar No. 133967)
   Clayton C. James (admitted *pro hac vice*)
2  Srecko Vidmar (Cal. Bar No. 241120)
   Maren J. Clouse (Cal. Bar No. 228726)
3  HOGAN LOVELLS US LLP
   Four Embarcadero Center, 22nd Floor
4  San Francisco, California  94111
   Telephone:  (415) 374-2300
5  Facsimile:  (415) 374-2499

6  Peter J. O'Rourke (Cal. Bar No. 227164)
   ORACLE CORPORATION
7  500 Oracle Parkway, MS 5OP7
   Redwood Shores, California  94065
8  Telephone:  (650) 506-5200
   Facsimile:  (650) 506-7114
9
   Attorneys for Plaintiffs
10 ORACLE CORPORATION
   and ORACLE AMERICA, INC.
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15 | ORACLE CORPORATION, a Delaware | Case No. 11-cv-03549-SBA |
corporation, and ORACLE AMERICA, INC., a

16 Delaware corporation, | **STIPULATION AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO FED. R. CIV. P. 26(f)** |

17                 Plaintiffs,

18          v.

19 ORG STRUCTURE INNOVATIONS LLC, a
   Texas limited liability company, and PAUL
20 MORINVILLE, an individual resident of
   Indiana,
21
                  Defendants.
22

Case No. 11-cv-03549-SBA

**STIPULATION AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO FED. R. CIV. P. 26(f)**

Date:  July 24, 2012
Time:  1:00 p.m.
Courtroom:  1, 4th Floor

Hon. Saundra Brown Armstrong

23

24

25

26

27

28

STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
CASE NOS. 11-cv-03549-SBA, 12-cv-00297-SBA; 12-cv-00348-SBA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL V. MORINVILLE and ORG
STRUCTURE INNOVATIONS LLC,

          Plaintiffs,

    v.

ORACLE CORPORATION and ORACLE
AMERICA, INC.,

          Defendants.

Case No. 12-cv-00297-SBA

ORG STRUCTURE INNOVATIONS LLC,

          Plaintiff,

    v.

ORACLE CORPORATION and ORACLE
AMERICA, INC.,

          Defendants.

Case No. 12-cv-00348-SBA

1    WHEREAS Defendant Morinville filed an Administrative Motion to Seal the Complaint in

2  this action on the grounds that it contains confidential information (Dkt. No. 7);

3    WHEREAS the Court issued an Order granting Defendant's Motion to Seal the Complaint

4  and directing that the Complaint be filed under seal (Dkt. No. 10);

5    WHEREAS Plaintiffs do not believe that the Complaint contains any information

6  appropriate for filing under seal and have moved the Court for reconsideration of its Order sealing

7  the Complaint (Dkt. No. 39);

8    WHEREAS Defendants believe that the Complaint does contain confidential information

9  that should be sealed, and that quotations or discussions of that confidential information in other

10  pleadings also should be sealed;

11    WHEREAS portions of the parties' Joint Case Management Conference Statement Pursuant

12  to Federal Rule of Civil Procedure 26(f) refer to the Complaint;

13    WHEREAS in light of the Court's Order sealing the Complaint, the parties seek to file under

14  seal those portions of their Joint Case Management Conference Statement Pursuant to Federal Rule

15  of Civil Procedure 26(f) that refer to the Complaint;

16    WHEREAS this action concerns a patent license agreement ("Agreement") that contains

17  confidential business information and is subject to a confidentiality agreement;

18    WHEREAS that Agreement has been filed under seal in this action (Dkt. No. 43 Ex. 2);

19    WHEREAS portions of the parties' Joint Case Management Conference Statement Pursuant

20  to Federal Rule of Civil Procedure 26(f) refer to confidential information in the Agreement; and

21    WHEREAS the parties seek to file under seal those portions of the Joint Case Management

22  Conference Statement Pursuant to Federal Rule of Civil Procedure 26(f) that refer to confidential

23  information the Agreement;

24    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, with the Court's

25  permission, the parties may file under seal in accordance with Civil Local Rule 79-5 those portions

26  of their Joint Case Management Conference Statement Pursuant to Federal Rule of Civil Procedure

27  26(f) that refer to the Complaint or confidential information in the Agreement.

28

1

STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
CASE NOS. 11-cv-03549-SBA, 12-cv-00297-SBA; 12-cv-00348-SBA

1    IT IS SO STIPULATED AND AGREED.

2

3    Dated:  June 21, 2012                    HOGAN LOVELLS US LLP

4                                             By: */s/ Maren J. Clouse*
                                                       Maren J. Clouse
5
                                             Attorneys for Plaintiffs
6                                            ORACLE CORPORATION
                                             and ORACLE AMERICA, INC.
7

8
     Dated:  June 21, 2012                    FARNEY DANIELS LLP
9
                                             By: */s/ Steven R. Daniels*
10                                                     Steven R. Daniels

11                                           800 South Austin Avenue, Suite 200
                                             Georgetown, Texas 78626
12
                                             Attorneys for Defendants
13                                           ORG STRUCTURE INNOVATIONS LLC
                                             and PAUL MORINVILLE
14

15

16         I, Maren J. Clouse, attest that Steven R. Daniels has read and approved this Stipulation and
     Proposed Order Granting Joint Administrative Motion to File Under Seal and consents to its filing
17   in this action.

18

19

20

21

22

23

24

25

26

27

28

                                                    2
     STIP. AND ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
     CASE NOS. 11-cv-03549-SBA, 12-cv-00297-SBA; 12-cv-00348-SBA

1

2                                   **<u>ORDER</u>**

3          Based on the foregoing, IT IS HEREBY ORDERED that the parties may file under seal in

4    accordance with Civil Local Rule 79-5 those portions of their Joint Case Management Conference

5    Statement Pursuant to Federal Rule of Civil Procedure 26(f) that refer to the Complaint or

6    confidential information in the Agreement.

7

8    IT IS SO ORDERED.

9

10   DATED: _6/26/12

11   _____

12                              THE HONORABLE SAUNDRA BROWN ARMSTRONG

13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3