UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORG STRUCTURE INNOVATIONS LLC, a Texas limited liability company, and PAUL MORINVILLE, an individual resident of Indiana,<br><br>Defendants. | Case No. 11-cv-03549-SBA<br><br>CONDITIONAL ORDER OF DISMISSAL |

\\080653/000084 - 1024960 v2

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>        Defendants. | Case No. 12-cv-00297-SBA |
| ORG STRUCTURE INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>        Defendants. | Case No. 12-cv-00348-SBA |

\\080653/000084 - 1024960 v2

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 35 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

DATED: 9/5/12

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

\\080653/000084 - 1024960 v2